# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM FODOR,<br>　　Plaintiff(s),<br>v.<br>STATE OF NEVADA, et al.,<br>　　Defendant(s). | Case No. 2:23-cv-01999-JAD-NJK<br>**ORDER**<br>[Docket No. 16] |

Pending before the Court is Plaintiff's motion for a 90-day stay given health issues, his imminent release from custody, and other issues. Docket No. 16. Defendants do not oppose the motion. Docket No. 17. Accordingly, the motion is hereby GRANTED. This case is STAYED for a period of 90 days. The parties must file, no later than January 29, 2025, a stipulation with proposed case management deadlines for the case to proceed.

Particularly given that Plaintiff's priorities may change as he transitions out of custody, this period would appear to be a good opportunity for the parties to discuss whether settlement is appropriate and the parties are encouraged to do so.

IT IS SO ORDERED.

Dated: October 31, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge