# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. FODOR,<br>　　　Plaintiff(s),<br>v.<br>STATE OF NEVADA, et al.,<br>　　　Defendant(s). | Case No. 2:23-cv-01999-JAD-NJK<br><br>**ORDER** |

On October 31, 2024, the Court granted Plaintiff's request to stay proceedings in light of health issues, his imminent release from custody, and other issues. Docket No. 18. The Court ordered the parties to file a stipulation with new case management deadlines by January 29, 2025. *Id.* On January 29, 2025, Defendants filed a unilateral proposal explaining that their attempts to contact Plaintiff were not fruitful. Docket No. 20 at 1-2.

If Plaintiff wishes to continue with this litigation, he must maintain proper contact information and must communicate with opposing counsel. To that end, <u>Plaintiff must immediately contact defense counsel regarding a schedule for advancing this case</u>. The parties must file a <u>joint</u> request to set new case management deadlines by February 21, 2025. <u>Plaintiff is cautioned that failure to comply with this order may result in dismissal</u>. If Plaintiff does not communicate with defense counsel in the interim, Defendants must instead file a notice to that effect by February 21, 2025.

In light of the above, Defendants' unilateral submission (Docket No. 20) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: January 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge